**Appellant's Motion to Extend Time is Moot; Appellee's Motion to Dismiss is Moot; Appeal Dismissed and Memorandum Opinion filed January 26, 2021.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-20-00787-CV

---

### KENNARD LAW, PC, Appellant

### V.

### JUDITH CLIFFORD, Appellee

---

**On Appeal from the 234th District Court
Harris County, Texas
Trial Court Cause No. 2020-01737**

---

### MEMORANDUM OPINION

This is an appeal from an order signed October 27, 2020. The notice of appeal was filed November 19, 2020. To date, our records show that appellant has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs). Tex. Gov't Code § 51.207 (appellate fees and costs).

On December 31, 2020, this court ordered appellant to pay the appellate filing fee on or before January 11, 2021, or the appeal would be dismissed. Appellant has not paid the appellate filing fee or otherwise responded to the court's order. Accordingly, we dismiss the appeal.[1] *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Justices Wise, Hassan and Wilson.

---

[1] Because we dismiss the appeal, appellant's motion to extend time to file its brief and appellee's motion to dismiss the appeal for lack of jurisdiction are moot.